# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 07–80117

Trina Green Gunter
   Debtor(s)

Adversary Proceeding No.: 10–09080

Trina Green Gunter
   Plaintiffs(s)

v.

CitiFinancial Services Inc.
   Defendants(s)

TO THE DEBTOR, CREDITORS AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Status hearing will be held at:

Courtroom – Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 9/29/11 at 11:00 AM

to consider and act upon the following:

Status Hearing Set regarding Scheduling Order – Final pre–trial disclosures due 7/11/11.

Dated: 8/31/11                                                         OFFICE OF THE CLERK/ gpl

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.